Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 29 PM 3: 04
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

IMAGENETIX, INC., a Nevada Corporation     Plaintiff,

vs

CETYLMAX, LLC, a Utah Limited Liability Company; FLEXADREN, LLC, a Utah Limited Liability Company

Defendants.

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 1369 LAB WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Shustak Frost & Partners, P.C.
401 West "A" Street, Suite 2330
San Diego, California 92101
Telephone (619) 696-9500

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUL 29 2008
DATE

By  , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

