DATE: 8/3/08
TIME: 7:30 PM
WHO: Roger LeRevre
BY: Rosalie Minor

Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

IMAGENETIX, INC., a Nevada Corporation    Plaintiff,

vs

CETYLMAX, LLC, a Utah Limited Liability Company; FLEXADREN, LLC, a Utah Limited Liability Company

Defendants.

**SUMMONS IN A CIVIL ACTION**

Case No. '08 CV 1369 LAB WMc

TO: (Name and Address of Defendant)

Cetylmax, LLC, a Utah Limited Liability Company

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Shustak Frost & Partners, P.C.
401 West "A" Street, Suite 2330
San Diego, California 92101
Telephone (619) 696-9500

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUL 29 2008
DATE

By _____ B. FLOYD _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

ERWIN J. SHUSTAK, (SBN 1109152)
SHUSTAK & PARTNERS, PC
401 WEST A STREET, SUITE 2330
SAN DIEGO CA 92101
619-696-9500                                   Ref. No.      : 0421475-01
Attorney for : IMAGENETIX, INC.                 Atty. File No.: 1080.10 IMAGENETIX

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : IMAGENETIX, INC. | Case No.: 08 CV 1369 LAB WMC |
| DEFENDANT | : CETYLMAX, LLC | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET

3. a. Party served    :    CETYLMAX, LLC, a Utah Limited Liability Company
                            AUTHORIZED AGENT FOR SERVICE: ROGER S. LEFEVRE
   b. Person served  :     ROGER S. LEFEVRE
                            (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served  3815 GLADE HOLLOW WAY
                                        BOUNTIFUL, UT  84054    (Residence)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on August 3, 2008  (2) at: 07:30 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:      CETYLMAX, LLC, a Utah Limited Liability Company
                          AUTHORIZED AGENT FOR SERVICE: ROGER S. LEFEVRE
      under [xx] Other     a Utah limited liability   Company

7. **Person who served papers**
   a. KARALIE MINOR                              d. Fee for service: $140.50
   b. KNOX ATTORNEY SERVICE, INC.                e. I am:
      2250 Fourth Avenue                            (3) a registered California process server
      San Diego, California  92101                  (i)   an independent contractor
   c. 619-233-9700                                  (ii)  Registration No.: 152
                                                    (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 14, 2008

Signature: _NOTARIZED RETURN ATTACHED_____
KARALIE MINOR

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)            **PROOF OF SERVICE**

## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

IMAGENETIX, INC. a Nevada Corporation,
    Plaintiff

vs.

CETYLMAX, LLC, a Utah Limited Liability Company;
FLEXADREN, LLC, a Utah Limited Liability Company,
    Defendants

Case No.: 08 CV 1369 LAB WMc

### RETURN OF SERVICE

I, **Karalie Minor**, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above stated case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

For: Knox Attorney Services

Date/Time Received: 8/1/2008  11:00 PM

**Document(s):** Summons - Civil, Complaint for Damages

Serve To: Cetymax, LLC % Roger S. Lefevre, Authorized Agent

Address: 3815 Glade Hollow Way, Bountiful, UT 84054

Date Served: 8/3/08  Time Served: 7:30  AM/**PM**

Method of Service: [ ] Individual [X] Substitute [ ] Corporate [ ] Govt. Agency [ ] Posted [ ] Other [ ] Non-Served (explain)

Person Served: **Roger Lefevre**     Capacity: **Registered Agent**

Address: **3815 Glade Hollow Way, Bountiful, UT 84054**

Physical Description: Race: W  Sex: M  Age: 55  Hgt: 5'8"  Wgt: 165  Hair: ___  Glasses: N

COMMENTS: ___

*Karalie Minor* (signature)
Karalie Minor, Process Server
ICU Investigations, LLC
473 S. River Road #1-275
St. George, UT 84790
(435) 986-1200

Executed on 8/3/08

State of Utah    )
                   ) ss.
County of Washington )

SUBSCRIBED and SWORN to before me, a notary public, on this the **3** day of **August**, 200**8**.

RONDA L. GODARD
NOTARY PUBLIC-STATE of UTAH
280 N. BLUFF
ST. GEORGE, UTAH 84770
My Comm. Exp. Oct. 16, 2008

*Ronda Godard* (signature)
Notary Public
My Commission Expires: 10/16/08

Page 1 of 1