DATE: 8/3/08
TIME: 7:30 PM
WHO: Roger Lefevre
BY: Catalie Minor

Summons in a Civil Action (Rev 11/97)

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGENETIX, INC., a Nevada Corporation    Plaintiff, | |
| vs | SUMMONS IN A CIVIL ACTION |
| CETYLMAX, LLC, a Utah Limited Liability Company; FLEXADREN, LLC, a Utah Limited Liability Company | Case No. '08 CV 1369 LAB WMc |
| Defendants. | |

TO: (Name and Address of Defendant)

Flexadren, LLC, a Utah Limited Liability Company

   YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Shustak Frost & Partners, P.C.
401 West "A" Street, Suite 2330
San Diego, California 92101
Telephone (619) 696-9500

   An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | JUL 2 9 2008 |
|---|---|
| CLERK | DATE |

By ____B. LOYD____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

ERWIN J. SHUSTAK, (SBN 1109152)
SHUSTAK & PARTNERS, PC
401 WEST A STREET, SUITE 2330
SAN DIEGO CA 92101
619-696-9500
Attorney for: IMAGENETIX, INC.

Ref. No.     : 0421475-02
Atty. File No.: 1080.10 IMAGENETIX

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : IMAGENETIX, INC. | Case No.: 08 CV 1369 LAB WMC |
| DEFENDANT | : CETYLMAX, LLC | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES; CIVIL COVER SHEET

3. a. Party served     : FLEXADREN, LLC, a Utah Limited Liability Company
                         AUTHORIZED AGENT FOR SERVICE: ROGER S. LEFEVRE
   b. Person served   : ROGER S. LEFEVRE
                         (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served  3815 GLADE HOLLOW WAY
                                        BOUNTIFUL, UT  84054     (Residence)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on August 3, 2008   (2) at: 07:30 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of:   FLEXADREN, LLC, a Utah Limited Liability Company
                      AUTHORIZED AGENT FOR SERVICE: ROGER S. LEFEVRE
      under [xx] Other    a Utah Limited Liability Company

7. **Person who served papers**
   a. KARALIE MINOR
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $74.75
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 14, 2008

Signature: NOTARIZED RETURN ATTACHED
          _____
          KARALIE MINOR

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)

**PROOF OF SERVICE**

## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA

IMAGENETIX, INC. a Nevada Corporation,
    Plaintiff

vs.

CETYLMAX, LLC, a Utah Limited Liability Company;
FLEXADREN, LLC, a Utah Limited Liability Company,
    Defendants

Case No.: 08 CV 1369 LAB WMc

## RETURN OF SERVICE

I __Karalie Minor__, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above stated case. I am over the age of 18, and am not a party to or otherwise interested in this matter.

For: Knox Attorney Services

Date/Time Received: 8/1/2008   11:00 PM

**Document(s):** Summons - Civil, Complaint for Damages

Serve To: Flexadren, LLC % Roger S. Lefevre, Authorized Agent

Address: 299 South Main Street, Salt Lake City, UT 84111

Date Served: __8/3/08__   Time Served: __7:30__   AM/**PM**

Method of Service: [ ] Individual [✓] Substitute [ ] Corporate [ ] Govt. Agency [ ] Posted [ ] Other [ ] Non-Served (explain)

Person Served: __Roger Lefevre__   Capacity: __Registered Agent__

Address: __3815 Glade Hollow Way, Bountiful, UT 84054__

Physical Description: Race: __W__  Sex: __M__  Age __55__  Hgt: __5'8"__  Wgt: __165__  Hair __Gray__  Glasses: __N__

COMMENTS: _____

__Karalie Minor__                                   Executed on __8/3/08__

Karalie Minor, Process Server
ICU Investigations, LLC
473 S. River Road #1-275
St. George, UT 84790
(435) 986-1200

State of Utah           )
                          ) ss.
County of Washington    )

SUBSCRIBED and SWORN to before me, a notary public, on this the __3__ day of __August__, 200 __8__.

> RONDA L. GODARD
> NOTARY PUBLIC-STATE of UTAH
> 260 N. BLUFF
> ST. GEORGE, UTAH 84770
> My Comm. Exp. Oct. 16, 2008

__Ronda Godard__
Notary Public
My Commission Expires: __10/16/08__