Heather L. McCloskey (SBN 193239)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone  (310) 273-6333
Facsimile  (310) 859-2325

Attorneys for CETYLMAX, LLC and FLEXADREN, LLC

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMAGENETIX, INC., a Nevada Corporation, | CASE NO. 08 CV 1369 LAB (WMc) |
| Plaintiff, | **NOTICE OF INTERESTED PARTIES** |
| v. | |
| CETYLMAX, LLC, a Utah Limited Liability Company; FLEXADREN, LLC, a Utah Limited Liability Company, | |
| Defendant. | |
| AND RELATED COUNTERCLAIM | |

The undersigned, counsel of record for Defendant Flexadren, LLC and Defendant/Counterclaimant CetylMax, LLC, certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to evaluate possible disqualification or recusal.

1.    CetylMax, LLC

2.    Flexadren, LLC

3.    Target Interact US, LLC

4.    Imagenetix, Inc.

/ / /

/ / /

ERVIN COHEN & JESSUP LLP

IDOCS:13074.2:707279.1

1  DATED: August 22, 2008        ERVIN COHEN & JESSUP LLP
                                 Heather L. McCloskey
2

3
                                 By:  _Heather L. McCloskey_____
4                                      Heather L. McCloskey
                                       Attorneys for CETYLMAX, LLC and
5                                      FLEXADREN, LLC

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ERVIN COHEN & JESSUP LLP

ERVIN COHEN & JESSUP LLP

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         )      ss:
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. My business address is 9401 Wilshire Boulevard, Beverly Hills, California 90212-2974.

On August 22, 2008, I served the document described as **NOTICE OF INTERESTED PARTIES** on counsel for the parties in this action, or on the parties in propria persona, addressed as stated below:

Erwin J. Shustak
Thomas C. Frost
Shustak Frost & Partners, P.C.
401 West "A" Street, Suite 2330
San Diego, CA 92101

[X]    BY MAIL: By placing true and correct copies thereof in individual sealed envelopes, with postage thereon fully prepaid, which I deposited with my employer for collection and mailing by the United States Postal Service. I am readily familiar with my employer's practice for the collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, this correspondence would be deposited by my employer with the United States Postal Service on that same day. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]    BY NEXT-DAY DELIVERY: Via Overnite Express. I am readily familiar with my employer's practice for the collection and processing of correspondence via Overnite Express. In the ordinary course of business, this correspondence would be picked up by Overnite Express on that same day.

[ ]    BY FACSIMILE: I caused such document to be sent via facsimile to the names and facsimile numbers listed above and received confirmed transmission reports indicating that this document was successfully transmitted to the parties named above.

[ ]    (STATE) I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

[X]    (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

EXECUTED on August 22, 2008 at Beverly Hills, California.

PATRICIA ROJAS