Erwin J. Shustak (119152)
Thomas C. Frost (185187)
Jonah A. Toleno (209600)
SHUSTAK FROST & PARTNERS, P.C.
401 West "A" Street, Suite 2330
San Diego, CA  92101
Telephone: (619) 696-9500
Facsimile: (619) 615-5290

Attorneys for Plaintiff
IMAGENETIX, INC.

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAGENETIX, INC., a Nevada corporation | ) Case No. 08 CV 1369 LAB (WMc) |
| Plaintiff, | ) |
| v. | ) **PLAINTIFF'S RULE 7.1** <br> ) **DISCLOSURE STATEMENT** |
| CETYLMAX, LLC, a Utah Limited Liability Company; FLEXADREN, LLC, a Utah Limited Liability Company | ) |
| Defendants. | ) Judge: Hon. Larry Alan Burns <br> ) Date Action Filed: July 29, 2008 |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the District Judges and Magistrate Judges of this Court to evaluate possible disqualification or recusal, Plaintiff IMAGENETIX, INC., states the following:

IMAGENETIX, INC. is a corporation organized under the laws of the state of Nevada with its principal place of business at 10845 Rancho Bernardo Road, Suite 105, San Diego, California 92127, and there is no publicly held corporation that owns 10% or more of its stock.

1
2  DATED: August 28, 2008                    Submitted by,
3                                            SHUSTAK FROST & PARTNERS, P.C.
                                             ERWIN J. SHUSTAK
4
5
                                             _____s/ Erwin J. Shustak_____
6                                                 ERWIN J. SHUSTAK

7                                            401 West "A" Street, Suite 2330
                                             San Diego, CA 92101
8                                            Telephone: (619) 696-9500
                                             Facsimile: (619) 615-5290
9
                                             Attorneys for Plaintiff IMAGENETIX, INC.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
- 2 -
PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT
08cv1369 LAB (WMc)